UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID DELENA,

Plaintiff,

v.

LORICO, *et al.*,

Defendants.

Case No. 1:26-cv-07919-FJS (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER OR PAY FILING FEE WITHIN 30 DAYS

THIRTY (30) DAY DEADLINE

Plaintiff David Delena ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was initiated on September 28, 2026. (ECF No. 1.) Although Plaintiff submitted a certified copy of his inmate trust account statement, Plaintiff submitted the wrong application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, by a prisoner, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. Plaintiff is not required to submit another copy of his inmate trust account statement. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE